IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00333-BNB

KYLE KEITH KILGORE,
    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
AL ESTEP, Warden,
    Respondents.

## ORDER DENYING MOTION TO RECONSIDER

Applicant Kyle Keith Kilgore filed *pro se* on November 20, 2006, a motion titled "Motion to Alter or Amend Judgment." Mr. Kilgore asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed on November 2, 2006. The Court must construe the motion to reconsider liberally because Mr. Kilgore is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). *See id.* A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b).

*See id.* at 1243. Mr. Kilgore's motion, which was filed more than ten days after the Court's Order and Judgment of Dismissal filed on November 2, 2006, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court denied the amended habeas corpus application and dismissed the instant action without prejudice for failure to comply with the directives of the April 4, 2006, order to file an amended application and the June 7, 2006, order to show cause. The reasons for the dismissal are discussed in detail in the order and judgment of dismissal filed on November 2, 2006. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Kilgore fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion for reconsideration will be denied. Accordingly, it is

ORDERED that the motion titled "Motion to Alter or Amend Judgment" that Applicant Kyle Keith Kilgore filed *pro se* on November 20, 2006, and which the Court has construed liberally as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this 15 day of Dec., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00333-BNB

Kyle Keith Kilgore
Prisoner No. 65095
Limon Correctional Facility
49030 State Hwy. 71 – Unit 6
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12-18-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk