IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00333-BNB

KYLE KEITH KILGORE,

Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
AL ESTEP, Warden,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 9 2008

GREGORY C. LANGHAM
CLERK

ORDER REINSTATING CASE

This civil action is reinstated pursuant to the mandate that the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) issued on April 2, 2008. The Tenth Circuit reversed the dismissal, and remanded the case to this Court for further proceedings. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit issued on April 2, 2008.

DATED at Denver, Colorado, this 8th day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 06-cv-00333-BNB

Kyle Keith Kilgore
Prisoner No. 65095
Limon Correctional Facility
49030 State Hwy. 71 – Unit 6
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/9/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk